AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT RENNIE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 18 - 8199 - DLB<br>)<br>)<br>) |

FILED BY SP  D.C

APR 2 7 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 15, 2018 & April 26, 2018  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) & (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Herbster, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-27-2018

_____
Judge's signature

City and state:  West Palm Beach, FL  Hon. Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert Herbster (the Affiant), been duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2002 and am currently assigned to Miami Division, Palm Beach County Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations, including but not limited to; crimes against children, matters related to child pornography, sexual exploitation of minors and child pornography using facilities of interstate or foreign commerce. Moreover, I am a federal law enforcement officer engaged in enforcing criminal laws of the United States, including 18 U.S.C. §§ 2252, et seq.

2. In this capacity, I have investigated child exploitation and internet crimes against children cases. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

3. In addition, I have received training in the field of computer crimes and Internet crimes investigations. I have been trained to conduct Peer-2-Peer file sharing investigations on

the Internet.

4. The facts set forth in this affidavit are based upon my personal knowledge, information obtained from others involved in this investigation, including other law enforcement officers, my review of documents and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause to believe that ROBERT RENNIE (hereinafter referred to as "RENNIE") has violated Title 18, United States Code, Section 2252(a)(2) and (b)(1) on or about March 15, 2018 (receipt of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) on or about April 26, 2018 (possession of child pornography).

5. On April 26, 2018, I, along with other FBI personnel, executed a lawfully obtained federal search warrant from a Federal Magistrate Judge issued in the Southern District of Florida, at RENNIE's residence, 232 Conniston Road, West Palm Beach, Florida (hereinafter referred to as "THE RESIDENCE"). During the execution of the search warrant digital items of evidentiary value were discovered in the residence. In RENNIE's bedroom was located a DELL desktop computer connected to a big screen television. The DELL computer was unlocked and open. Plugged into the computer were three USB thumb drives, including a silver Samsung 128GB USB thumb drive. Upon initial review, FBI trained computer forensic examiners determined some or all of the media on the DELL computer was running encryption software, which if the computer was powered off, would encrypt the data rendering it unreadable without the password. The computer forensic examiners forensically extracted the data from the Samsung 128GB USB thumb drive for preservation and upon review discovered several hundred

images and videos of child pornography. The following files of child pornography were located on the Samsung 128GB USB drive and reviewed. A description of the files are as follows:

    a.    New Tara_2.wav – this file is a video, 5:01 minutes in length. The video displays a prepubescent girl providing oral sex to an adult male while laying on a bed. The adult male then vaginally penetrates the girl while she is on top of him facing away from the camera. The adult male then vaginally penetrates the girl while she is facing away from him laying down on the bed.

    b.    Vicky1anal.avi – this file is a video, 11:20 minutes in length. The video displays a prepubescent female giving oral sex to an adult male while laying on a bed. The girl the digitally penetrates herself vaginally and anally. The adult male then anally penetrates the girl with his penis while she manipulates her vagina. The girl is then shown from behind while the adult male digitally and anally penetrates the girl.

    c.    2012-06 HMM bdsmlea_xvid.avi – the file is a video, 13:48 minute in length. The video displays a prepubescent Asian or Polynesian female approximately 8 – 10 years old naked with all four limbs tied to a bed with yellow rope while wearing a black studded collar. The camera moves to a close up of the girl's vagina while she is penetrated vaginally and anally with a dildo. The girl is tied up into a different position wherein she is on her back with her legs spread and tied to her arms and she is vaginally penetrated with a dildo. She is then shown on her stomach in the same configuration where she is penetrated vaginally and anally with a dildo. She is then tied up with her arms at her side and her legs together as an adult male puts his penis into her mouth. The adult male then penetrates the girl from behind and ejaculates into her vagina. A close up is then shown of the girl's vagina covered in what appears to be semen.

  d. Animal-boy fucking dog.avi – this file is a video 56 seconds in length. This video shows a prepubescent boy penetrating a large white dog while the boy holds onto the dogs back. The dog is moving around and the boy follows the dog around continuing to penetrate the dog. The video is set in a wooded area.

6. During a post-*Miranda* recorded interview of RENNIE, RENNIE stated he is the only person who lives in THE RESIDENCE and has so resided for approximately 5 years. RENNIE stated no one else has ever lived in THE RESIDENCE with RENNIE and no one has come to visit for an extended period of time.

7. In the living room of THE RESIDENCE was located an ASUS desktop computer. The ASUS computer was locked and RENNIE declined to provide the password. The computer forensic examiners determined the ASUS computer and the DELL computer were networked together. This enabled the computer forensic examiners to locate and forensically copy log files from the software RENNIE may have used to download images of child pornography.

8. The log file showed on March 15, 2018 01:48:43 UTC the file Lux_Leak 1.mp4 was downloaded and received to the ASUS computer. The file is a video, 5:43 minutes in length, a description of this file is as follows:

  a. The video depicts a topless adult female wearing a mask who is manipulating the exposed nude genitals of a toddler aged female. The video also depicts the adult female inserting an unidentifiable object into the toddler's anus. Throughout the video the adult female can be seen binding the toddler's hands and mouth with what appears to be duct tape while the child is hung upside down from a wooden object that her ankles have been tied to. The adult female then proceeds to place clamps on the child's breasts, violently and

continually slaps the child's nude exposed genitals, places a clamp on the child's genitals, and hold a burning candle against the child's leg in addition to performing other acts of violence on the child. The video is 5 minutes and 43 seconds in length.

9. Based upon the foregoing facts, and my training and experience, I submit that there is probable cause to believe that **ROBERT RENNIE** violated Title 18 U.S.C. § 2252(a)(2) (receipt of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2) (possession of child pornography) on the dates provided herein.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ROBERT HERBSTER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me
this 27th day of April, 2018

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  ROBERT RENNIE

**Case No:**  18 - 8199 - DLB

Count #: 1

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) & (b)(1)

*****Max. Penalty:**  20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment


Count #: 2

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) & (b)(2)

*****Max. Penalty:**  20 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years to Life, $5000 Special Assessment


*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18 - 8199 - DLB

## BOND RECOMMENDATION

DEFENDANT: ROBERT RENNIE

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Gregory Schiller, AUSA*

AUSA:   Gregory Schiller

Last Known Address: 232 Coninston Rd.

West Palm Beach, FL 33405

What Facility:   Palm Beach County Jail

Agent(s):   FBI SA Robert Herbster

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18 - 8199 - DLB

UNITED STATES OF AMERICA

vs.

ROBERT RENNIE,

Defendant.
_____/

FILED BY SP D.C.
APR 27 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __x__ No

Respectfully Submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: /s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
U.S. ATTORNEY'S OFFICE - SDFL
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33487
(561) 209-6285
Gregory.Schiller@usdoj.gov